IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT E. EMMERT

    Plaintiff

    v.

TRIBUNE BROADCASTING COMPANY,
d/b/a/ TRIBUNE TELEVISION CO.,
d/b/a WMPT-TV

    Defendant

CIVIL ACTION NO. 1:CV-00-1200

(Judge Rambo)

FILED
SCRANTON

MAR 1 9 2002

PER _____ /s/ _____
DEPUTY CLERK

## JUDGMENT

Pursuant to the court's judgment entered <u>October 31, 2001</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>defendant Tribune Broadcasting Company</u> and in favor of <u>plaintiff Robert E. Remmert</u> in the amount of <u>$4,404.68</u>.

ATTEST:

*Mary E. D'Andrea*
MARY E. D'ANDREA, Clerk

7

AO 72A
(Rev. 8/82)