IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT E. REMMERT           :
                            :
        Plaintiff           :  CIVIL ACTION NO. 1:CV-00-1200
                            :
                            :  (Judge Rambo)
    v.                      :
                            :
TRIBUNE BROADCASTING COMPANY,:
d/b/a/ TRIBUNE TELEVISION CO.,:
d/b/a WMPT-TV               :
                            :
        Defendant           :

FILED
SCRANTON
MAR 1 9 2002

JUDGMENT (AMENDED)   PER _____
                          DEPUTY CLERK

1. The judgment entered March 19, 2002 which misspelled the plaintiff's name in the caption is vacated.

2. Pursuant to the court's judgment entered October 31, 2001 and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the defendant Tribune Broadcasting Company and in favor of plaintiff Robert E. Remmert in the amount of $4,404.68.

ATTEST:

_____
MARY E. D'ANDREA, Clerk

7

AO 72A
(Rev. 8/82)