2 fact

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT E. REMMERT,                          :
                                            :
                    Plaintiff               :   Civil Action No.:  1:CV 00-1200
                                            :
                                            :   Judge Rambo
v.                                          :
                                            :
TRIBUNE BROADCASTING                        :   FILED
COMPANY,                                    :   HARRISBURG, PA
d/b/a TRIBUNE TELEVISION                    :
COMPANY,                                    :   MAY 3 1 2002
d/b/a WPMT – TV,                            :   MARY E. D'ANDREA, CLERK
                    Defendant               :   Per _____

**PRAECIPE TO SATISFY JUDGMENT**

To the Clerk:

    Please mark the Judgment in the above captioned matter as satisfied.

            Respectfully Submitted,

            **IRA H.  WEINSTOCK, P.C.**
            800 North Second Street
            Harrisburg, PA 17102
            Phone: (717) 238-1657

            By: John B. Dougherty
                JOHN B. DOUGHERTY

## CERTIFICATE OF SERVICE

AND NOW, this 31st day of May, 2002, I, John B. Dougherty,

Esquire, attorney for Plaintiff, hereby certify that I served the within

**PRAECIPE TO SATISFY JUDGMENT** same in the United States mail,

postage prepaid, in the post office at Harrisburg, Pennsylvania, addressed to:

By First Class Mail:

       John L. Senft, Esquire
       BARLEY, SNYDER, SENFT & COHEN, LLC
       100 East Market Street
       P.O. Box 15012
       York, PA  17405-7012

BY: _John B. Dougherty_
       JOHN B. DOUGHERTY